Certificate Number: 14912-MIE-DE-026156972

Bankruptcy Case Number: 15-48418


14912-MIE-DE-026156972

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2015, at 3:01 o'clock PM EDT, Anthony Mccree completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date:  September 4, 2015          By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor