UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Anthony Roy McCree Jr.,             Case No. 15-48418-WS
                                                  Chapter 7
                   Debtor.           Hon. Marci B. McIvor
_____/

**MOTION FOR ORDER APPROVING COMPROMISE**

**Jurisdiction**

1. On May 29, 2015, Anthony Roy McCree Jr. filed a voluntary petition for relief under Chapter 7 of the U.S. Bankruptcy Code. Homer W. McClarty is the Chapter 7 Trustee of the Debtor's bankruptcy estate.

2. The Trustee files this motion under Bankruptcy Rules 9014 and 9019.

3. This is a core proceeding over which this Court has jurisdiction. *See* 28 U.S.C. § 157(b)(2)(A) and 28 U.S.C.§ 1334.

**Background**

4. The Debtor's records reflect payments totaling $5,415.56 made to American Express and $8,361.69 made to Chase within 90 days of the Petition Date. The Trustee sought to avoid and recover the payments as preferential transfers under 11 U.S.C. §§ 547 and 550.

5. American Express produced documentation to support a subsequent new value defense, reducing the amount recoverable by the Trustee to approximately $768.13.

American Express has offered to pay the estate $384.07 to resolve the estate's potential preference claim.

6. Chase also produced documentation to support a subsequent new value defense, reducing the amount recoverable by the Trustee to approximately $4,000. Chase has offered to pay the estate $2,000 to resolve the estate's potential preference claim.

**Basis for Relief Requested**

7. The Trustee has examined the factors that many bankruptcy courts consider in determining whether a settlement is in the best interest of the estate and its creditors, including: (i) the probability of success in the litigation; (ii) the difficulties, if any, to be encountered in the matter of collection; (iii) the complexity of the litigation involved, and the expense, inconvenience, and delay necessarily attending it; and (iv) the paramount interest of the creditors and the preferred deference to their reasonable views in the premises. *Drexel v. Loomis*, 35 F.2d 800, 806 (8th Cir., 1929); *see also e.g., Christo v. Padgett*, 223 F.3d 1324, 1335 (11th Cir. 2000), *cert. denied*, 531 U.S. 1191, 149 L.Ed.2d 106, 121 S.Ct. 1190 (2001); *Arden v. Motel Partners (In re Arden)*, 176 F.3d 1226, 1228 (9th Cir. 1999).

8. In this case, the Trustee believes the proposed compromise is in the best interest of the estate considering the substantiated new value defenses, the amount in controversy and the cost of litigation and collection.

**Request for Relief**

The Trustee respectfully requests that this Court grant his motion for an order approving the compromise and for such further relief as this Court deems appropriate.

2
15-48418-wsd    Doc 47    Filed 10/05/15    Entered 10/05/15 14:37:33    Page 2 of 9

Steinberg Shapiro & Clark

/s/ Tracy M. Clark (P60262)
Attorney for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

Date: October 5, 2015

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Anthony Roy McCree Jr.,　　　　　　　　　　Case No. 15-48418-WS
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　Debtor.　　　　　　　　　　　Hon. Marci B. McIvor
_____/

## ORDER APPROVING COMPROMISE

This matter is before the Court on the Trustee's motion to compromise potential preferential transfer claims against American Express and Chase. Notice of the motion was served on creditors and interested parties, and no objections were timely filed.

IT IS ORDERED as follows:

A.　The proposed compromise of the bankruptcy estate's preferential transfer claim against American Express for $384.07 is approved.

B.　The proposed compromise of the bankruptcy estate's preferential transfer claim against Chase for $2,000 is approved.

C.　The settlement amounts will be made payable to "Homer W. McClarty, Trustee of Anthony McCree" and delivered to Trustee's counsel, Tracy M. Clark, Esq., at Steinberg Shapiro & Clark, 25925 Telegraph Rd., Suite 203, Southfield, Michigan 48033 within 30 days of entry of this order.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Anthony Roy McCree Jr., xxx-xx-1188 | Case No. 15-48418-WS |
| 24280 Ridgedale St. | Chapter 7 |
| Oak Park, MI 48237 | Hon. Marci B. McIvor |
| Debtor. | |
| _____/ | |

**21 DAY NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE**

Chapter 7 Trustee Homer W. McClarty filed a motion to compromise preferential transfer claims against American Express for $384.07 and against Chase for $2,000. The Debtor's records reflect payments totaling $5,415.56 made to American Express and $8,361.69 made to Chase within 90 days of the Petition Date. The Trustee sought to avoid and recover the payments as preferential transfers under 11 U.S.C. §§ 547 and 550. American Express produced documentation to support a subsequent new value defense, reducing the amount recoverable by the Trustee to approximately $768.13. American Express has offered to pay the estate $384.07 to resolve the estate's potential preference claim. Chase also produced documentation to support a subsequent new value defense, reducing the amount recoverable by the Trustee to approximately $4,000. Chase has offered to pay the estate $2,000 to resolve the estate's potential preference claim. The Trustee believes that that proposed compromises are fair and reasonable when considered in light of the substantiated new value defenses, the amount in controversy and the cost of litigation and collection. Accordingly, the Trustee seeks approval of the proposed settlement offers and authority to execute all documents necessary to compromise the above preference claims.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Trustee's motion, or if you want the Court to consider your views on the motion, then within 21 days from the date of service of this notice, you or your attorney must:

File with the Court a written objection or request for hearing, explaining your position at:[1]

    U.S. Bankruptcy Court
    211 West Fort Street
    Detroit, Michigan 48226

If you mail your objection or request for hearing to the Court for filing, you must mail it early enough so the Court will **receive** it before the 21 day period expires.

You must also mail a copy to:

    Tracy M. Clark, Esq.
    Steinberg Shapiro & Clark
    25925 Telegraph Rd., Suite 203
    Southfield, Michigan 48033

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                Steinberg Shapiro & Clark

                /s/ Tracy M. Clark (P60262)
                Attorney for Trustee
                25925 Telegraph Rd., Suite 203
                Southfield, MI 48033
                (248) 352-4700
                clark@steinbergshapiro.com

Date:  October 5, 2015

---

[1] Objection or request for hearing must comply with F. R. Civ. P. 8(b), (c), and (e).

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Anthony Roy McCree Jr.,                              Case No. 15-48418-WS
                                                       Chapter 7
                           Debtor.                    Hon. Marci B. McIvor
_____/

## CERTIFICATE OF SERVICE

I certify that on October 5, 2015, I served copies as follows:

| | |
|---|---|
| Documents Served: | Motion for Order Approving Compromise; Notice; Certificate of Service |
| Served Upon: | Crystal Jones Oswald, Esq.    Feather D. Baron, Esq.<br>Becket & Lee LLP              JPMorgan Chase Legal Dept.<br>16 General Warren Blvd.      560 Mission St., 3rd Floor<br>PO Box 3001                      Mail Code: CA1-0301<br>Malvern, PA 19355            San Francisco, CA 94105 |
| Document Served: | 21 Day Notice of Motion for Order Approving Compromise |
| Served Upon: | All non-ECF parties listed on attached Official Court Matrix |
| Method of Service: | First Class Mail |

                                                      /s/ Joy L. Brown, Legal Assistant
                                                       Steinberg Shapiro & Clark
                                                       Attorneys for Trustee
                                                       25925 Telegraph Rd., Suite 203
                                                       Southfield, MI 48033
                                                       (248) 352-4700
                                                       jbrown@steinbergshapiro.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 15-48418-wsd<br>Eastern District of Michigan<br>Detroit<br>Mon Oct  5 14:02:41 EDT 2015 | ACAR Leasing LTD<br>d/b/a GM Financial Leasing<br>PO Box 183692<br>Arlington, TX 76096-3692 | Aes/ Cit Ed<br>Po Box 61047<br>Harrisburg, PA 17106-1047 |
| Aes/Nct<br>Aes/Ddb<br>Po Box 8183<br>Harrisburg, PA 17105-8183 | American Education Services<br>PO Box 8183<br>Harrisburg, PA 17105-8183 | American Express<br>Attn: Bankruptcy Dept.<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Leslie K. Berg (UST)<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 | Chase Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19850-5548 |
| Tracy M. Clark<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | Dsnb Macys<br>911 Duke Blvd<br>Mason, OH 45040 | Ethan D. Dunn<br>Maxwell Dunn, PLC<br>26339 Woodward Avenue<br>Huntington Woods, MI 48070-1331 |
| FNCC/Legacy Visa<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117-5097 | GM Financial<br>Attention: Bankruptcy<br>Po Box 183583<br>Arlington, TX 76096-3583 | Clinton J. Hubbell<br>HUBBELL DUVALL PLLC<br>25140 Lahser Rd.<br>Suite 271<br>Southfield, MI 48033-6311 |
| Hubbell DuVall PLLC<br>25140 Lasher Rd.<br>Suite 271<br>Southfield, MI 48033-6311 | J & J Sports Productions, Inc.<br>c/o HUBBELL DUVALL PLLC<br>25140 Lahser Rd. Ste. 271<br>Southfield, MI 48033-6311 | J and J Sports Productions, Inc.<br>2380 S. Bascom Ave.<br>#200<br>Campbell, CA 95008-4389 |
| LVNV Funding, LLC its successors and assigns<br>assignee of HSBC Private Label<br>Acquisition Corporation (USA)<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Homer W. McClarty<br>19785 West 12 Mile Road<br>#331<br>Southfield, MI 48076-2584 | Anthony Roy McCree Jr.<br>24280 Ridgedale St.<br>Oak Park, MI 48237-4624 |
| Medical Payment Data<br>2001 9th Avenue #312<br>Vero Beach, FL 32960-6413 | Ocwen Loan Servicing<br>Attn Bankruptcy<br>PO Box 24738<br>West Palm Beach, FL 33416-4738 | PRS Enterprises, LLC<br>3349 Monroe Ave.<br>Suite 328<br>Rochester, NY 14618-5513 |
| PRS Enterprises, LLC<br>PO Box<br>Union Lake, MI 48387 | Paul R. Sinelli<br>13090 Inkster Rd.<br>Redford, MI 48239-3047 | State Of Mi Office Chi<br>Po Box 30037<br>Lansing, MI 48909-7537 |
| The Pollice Law Group<br>44450 Pinetree Road<br>Suite 101<br>Plymouth, MI 48170-3869 | Uganda McCree<br>2775 Seaton Circuit West<br>Warren, MI 48091-1682 | United States District Court<br>Eastern District of Michigan<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226-2794 |

| Verizon | Wakefield & Assoc |
|---|---|
| 500 Technology Dr | 10800 E Bethany Dr Ste 4 |
| Ste 550 | Aurora, CO 80014-2687 |
| Weldon Spring, MO 63304-2225 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)J & J Sports Productions, Inc.   (u)Luke Barnes   (u)Daniel M. McDermott
                                    Address Unknown

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34